**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ANNETTE STOCKHOFFER,

                Plaintiff,

        -v-

COMMISSIONER OF SOCIAL SECURITY,
                Defendant.
-----------------------------------------------------------X

19 **CIVIL** 1235 (VEC)(SLC)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated July 2, 2020, that the decision of the Commissioner of Social Security be, and hereby is, reversed and that this action be, and hereby is, remanded for further administrative proceedings, including offering the plaintiff the opportunity for a hearing de novo decision in the case in accordance with the Commissioner's rules and regulations, pursuant to the fourth sentence of 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**Dated:** New York, New York
        July 6, 2020

                                              **RUBY J. KRAJICK**

                                              **Clerk of Court**
                **BY:**
                                              **Deputy Clerk**